UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TUNG Y. HSIEH,

                        Plaintiff,

   -against-

AROGANT HOLLYWOOD,

                        Defendant,
------------------------------------------------------------------X

16-civ-7275 (vA)

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice under the provisions of 28 USC § 1446(d) that on September 15th 2016, Defendant Arogant Hollywood filed with the Clerk of this Court at the United States Courthouse, located at 500 Pearl Street, New York, New York, the attached Notice of Removal to accomplish the removal of the action pending in the Superior Court of the State of California in and for the Los Angeles County, entitled Tung Y. Hsieh v. Arogant Hollywood, **Docket No. 16P03771**, commenced on August 18th 2016, to the United States District Court for the Southern District of New York. A copy of the Notice of Removal also has been filed with the Clerk of the Pasadena Superior Court. Under 28 USC §§ 1441, 1446 and Federal Rules of Civil Procedure, Rule 81(c), this action now will be placed on the docket of this District Court for further proceedings.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Dated: Alhambra, California
       September 16th 2016

                                                                        Respectfully Submitted,

                                                                       BY: *Arogant Hollywood* (signature)

                                                                       Arogant Hollywood
                                                                       1308 East Colorado Blvd.
                                                                       Pasadena, CA 91106
                                                                       (213) 447-8922

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TUNG Y. HSIEH,

                         Plaintiff,

    -against-

AROGANT HOLLYWOOD,

                         Defendant,
-----------------------------------------------------------------x

                                      **PROOF OF SERVICE OF DEFENDANT NOTICE OF REMOVAL FROM STATE COURT, FILED IN STATE COURT**

1.    I am a naturalized citizen of the United States of America

2.    I am over the age of 18 years-old and party to the action within.

3.    As a self-represented Pro-Se litigant without an attorney in the above captioned action. I am authorized to execute service of said documents on Plaintiff Tung Y. Hsieh's attorney of record because Mr. Hsieh's counsel previously served a copy of summons and complaint on me at my home address located at: 224 N. Olive Avenue, Alhambra, CA 91801.

4.    On September 14th 2016 I served the foregoing documents described as:

        **NOTICE OF REMOVAL FROM STATE COURT, FILED IN STATE COURT**

On the interested party in said action by USPS pre postage first class mail to:

Fast Eviction Law Firm
474 West Orange Show Road
San Bernardino, CA 92408

I declare under the penalty of perjury under the federal laws of the United States of America that the foregoing declaration is true and correct

Dated: September 16th 2016

*[signature]*

**SERVICE LIST**

Tung Y. Hsieh
**LASC Case No. 1P603771**

Fast Eviction Law Firm
474 West Orange Show Road
San Bernardino, CA 92408
(909) 332-6200

**Attorneys of Record for Plaintiff Tung Y. Hsieh**

**US POSTAGE PAID**
**$6.45**

Origin: 91802
Destination: 10007
0 Lb 2.10 Oz
Sep 16, 16
0501080702-17

PRIORITY MAIL ®2-Day

1006

Expected Delivery Day: 09/19/2016   C014

USPS TRACKING NUMBER

9505 5131 8284 6260 0231 89

LABEL MAY BE REQUIRED.

RECEIVED
2016 SEP 20  AM 9:41
USMP3
SDNY

EP14F July 2013

FROM:
Arogant Hollywood
1308 East Colorado Blvd.
Pasadena, CA 91106

TO:
Pro-Se Intake Unit
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

VISIT US AT USPS.COM®



UNITED STATE