UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TUNG Y. HSIEH,

             Plaintiff,

        -against-

AROGANT HOLLYWOOD,

             Defendant.

16-CV-7275 (UA)

ORDER GRANTING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C.

§ 1915.

SO ORDERED.

Dated:    September 30, 2016
           New York, New York

                          COLLEEN McMAHON
                  Chief United States District Judge